UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
666 Third Avenue, 29th Floor
New York, New York 10017
Telephone: (212) 545-4000
Facsimile: (212) 972-3213
Attorneys of Record:
    Clifford R. Atlas
    Felice B. Ekelman
    Daniel D. Schudroff

ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| DEVORAH LUNGER, on behalf of herself and all other similarly situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA (ORTHODOX UNION),<br><br>    Defendant. | Civil Action No. 11 Civ. 7552 (DLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Defendant's Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Complaint, Defendant Union of Orthodox Jewish Congregations of America (hereinafter referred to as the "OU" or "Defendant"), by and through its undersigned attorneys, Jackson Lewis LLP, will move this Court before the Honorable Denise L. Cote at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing Plaintiff's claims in their entirety.

Respectfully submitted,

JACKSON LEWIS LLP
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

Date: January 10, 2012     By: _____
New York, New York              Clifford R. Atlas
                                Felice B. Ekelman
                                Daniel D. Schudroff

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, a true and correct copy of the foregoing Notice of Motion was served, via ECF upon Plaintiff Devorah Lunger's counsel of record, Arnold Pedowitz, Esq., at the following address:

**Arnold Henry Pedowitz**
Law Offices of Arnold H. Pedowitz
1501 Broadway, Suite 800
New York, NY 10036
212-403-7321
Fax: 212-354-6614
Email: pedowitz@aol.com

_____
Daniel D. Schudroff

4818-7189-3262, v. 1