UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Devorah Lunger, on behalf of herself
and all other similarly situated persons,

                Plaintiffs,      **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    v.

                                     Case No.: 11-CV-7552 (DLC)

Union of Orthodox Jewish Congregations
Of America (Orthodox Union),

                Defendant.
---------------------------------------------------------X

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Devorah Lunger, on behalf of herself and all other similarly situated persons, and on their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Union of Orthodox Jewish Congregations of America (Orthodox Union).

Dated: February 10, 2012

                                                     PEDOWITZ & MEISTER, LLP

                                             By: _____
                                                  Arnold H. Pedowitz
                                                  Attorneys for Plaintiff
                                                  1501 Broadway, Suite 800
                                                  New York, NY 10036
                                                  212-403-7321

An electronic copy of the below signature shall be deemed an original

Consented To:

_____
Devorah Lunger
February 10, 2012